AFFIDAVIT AND COMPLAINT

Case No. ~~IANA-00151~~ 1 OF 2   ~~IANA-00151~~

I, LARRY BELL SR. declart that ISP's SGT. WILCOX et AL of property; she has loss or destroyed my personal property of:

#1. PhotoGRAPAH's of my deceased Mother, Father, and my (5) deceased Sibilings. I cannot ever recover or regain or re make those lost photos! Along with those one-of-a-kind photos, SGT. Wilcox has lost or destroyed over 250 regular family, + friend photoGRAPhs. These ~~one~~ photos are valued at $1500.00 dollars.

2nd/. Starting in 2018; SGT. Wilcox et AL has loss or destroyed my canteen purches, of gym shoes, clothing, Hygiene products and medical supplies. These canteen purcheses are valued at $500. dollars.

3Rd/LAST: Several folders of legal documents and my Black History collection of photos and documents, valued at $500.00. I have prison documentation to support my claim. I can call prison saff that can testify to the the grievance process of me trying to recover my personal property over the last five (5) years.

Also, I have documents, called 15 day notices, which proves or shows prison Capt. and Sgt. destroying personal property, which I believe is contrary to Iowa and federal laws.

Under penalty of perjury, I swear that the above statement is true.

Respectfully, Larry Bell Sr. 6-6-2022
LARRY Bell Sr. #6817189
P.O. Box 316
Ft. Madison, IA. 52627

Notary [signature]                                DATE 1/09/2023

SEAN MICHAEL ATWATER
Commission Number 832853
My Commission Expires
27/01/2024

CAse No. ~~LALA00964~~

Small Claims Form 3.1: *Original Notice and Petition for a Money Judgment*

In the Iowa District Court for **Lee** County

Plaintiff(s)
(Name) LARRY Bell SR.  #6817189
(Address) 31 Ave G  P.O. Box 316
Ft. MAdiSoN, IA. 52627
(Name)
(Address)

vs.

Defendant(s)
ISP's (Name) SGT. WilcoX / pRopeRTy
(Address) 31 Ave. G.  P.O. Box 316
Ft. MAdiSoN IA. 52627
(Name) WARden, ChRiS TRipp
(Address) 31 Ave G  P.O. Box 316
Ft. MAdiSoN, IA 52627

**Original Notice and Petition for a Money Judgment**

If you need assistance to participate in court due to a disability, call the disability coordinator (information at https://www.iowacourts.gov/for-the-public/ada/). Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

To Defendant(s):

1. **You are notified** that Plaintiff(s) demand(s) from you the amount of $ 3000.00 plus court costs based on (state briefly the basis for the demand, not to exceed $6500):

2. **Judgment may be entered against you unless** you file an Appearance and Answer within **20 days** of the service of the Original Notice upon you. Judgment may include the amount requested plus interest and court costs.

3. You must electronically file the Appearance and Answer using the Iowa Judicial Branch Electronic Document Management System (EDMS) at https://www.iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from electronic filing requirements.

4. If your Appearance and Answer is filed within **20 days** and you deny the claim, you will receive electronic notification through EDMS of the place and time of the hearing on this matter.

5. If you electronically file, EDMS will serve a copy of the Appearance and Answer on Plaintiff(s) or on the attorney(s) for Plaintiff(s). The Notice of Electronic Filing will indicate if Plaintiff(s) is (are) exempt from electronic filing, and if you must mail a copy of your Appearance and Answer to Plaintiff(s).

6. You must also notify the clerk's office of any address change.

Continued on next page

pRo Se /s/ *Larry Bell Sr,*
Filing Plaintiff or Attorney

/s/ _____
Second Plaintiff, if applicable

Law firm, or entity for which filing is made, if applicable

Law firm, or entity for which filing is made, if applicable

Mailing address
31 Ave. G   P.O. Box 316

Mailing address

Telephone number

Telephone number

Email address

Email address

Additional email address, if applicable

Additional email address, if applicable

*Larry Bell Sr,* 5-26-2022

Small Claims Form 3.1, page 2 of 3*
*Upon electronic filing, a clerk's signature page will be attached to this document as page 3.

**RECEIVED**
JAN 19 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

1-17-2023

Clerk,
    please File this?
        Respectfully,
        Larry Bell 1-17-2023
        LARRY Bell #6817189
        P.O. Box 316
        Ft. Madison, IA.
        52627

LARRY BELL #F6817189
P.O. BOX 316
FT. MADISON, IA. 52627

QUAD CITIES IL PSDF
IL 612 1 T
17 JAN 2023 PM

USA FOREVER

X-RAYED & CLEARED BY U.S.M.S. DEU

CiViL DiVisioN
Clerk of ~~the~~ United State District Court
U.S. Courthouse
P.O. BOX 9344

Des Moines, IA, 50306-9344

NOTICE: This Correspondance was
mailed from an institution of the Iowa
Department of Corrections

50306&9344