IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LARRY DEAN BELL SR.,<br><br>     Plaintiff,<br><br>v.<br><br>SARGEANT WILCOX and CHRIS TRIPP,<br><br>     Defendants. | No. 4:23-cv-00025-RGE-HCA<br><br>ORDER DISMISSING CASE |

Plaintiff Larry Dean Bell Sr. submitted pro se documents captioned "Affidavit and Complaint" which were filed by the Court as an action under 42 U.S.C. § 1983. Compl., ECF No. 1. Bell now states he never intended to file a federal lawsuit—he intended to file an action in small claims court. Letter to Ct., ECF No. 3. Bell asks the Court to dismiss this case and forward the complaint to the "Clerk of District Court, 500 Mulberry Street." *Id.* at 2.

**IT IS ORDERED** that Plaintiff Larry Dean Bell Sr.'s request to dismiss this case, ECF No. 3, is **GRANTED**. The case is **DISMISSED** and no filing fee is assessed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of the documents submitted by Plaintiff Larry Dean Bell Sr. to Bell at his current address. Bell may then decide whether to forward them to another court.

**IT IS SO ORDERED**.

Dated this 1st day of February, 2023.

*[signature]*
REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE